IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-144 |
| ) | (18 U.S.C. § 922(g)(1)) |
| DAEVON EGGLESTON ) | [UNDER SEAL] |
| ) | |

## INDICTMENT

### COUNT ONE

**FILED**

**JUL - 8 2020**

**CLERK U.S. DISTRICT COURT**
**WEST. DIST. OF PENNSYLVANIA**

The grand jury charges:

On or about March 9, 2020, in the Western District of Pennsylvania, the defendant, DAEVON EGGLESTON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Firearms Not To Be Carried Without a License, on or about March 6, 2017, at case number CP-02-CR-0005534-2016, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania, did knowingly possess, in and affecting interstate commerce, firearms and ammunition, namely:

1) 9mm caliber Smith & Wesson handgun, serial number HWC4068, and 9mm caliber ammunition; and

2) .40 S&W caliber Glock handgun, serial number UPR362, and .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The grand jury re-alleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. As a result of the knowing commission of the violation of Title 18, United States Code, Section 922(g)(1), charged in Count One of the Indictment, the following firearms and ammunition, which were involved in the commission of the offense, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1):

   a. 9mm caliber Smith & Wesson handgun, serial number HWC4068;

   b. .40 S&W caliber Glock handgun, serial number UPR362;

   c. .40 caliber ammunition; and

   d. 9mm caliber ammunition.

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352